IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| URBAN METROPOLITAN DEVELOPMENT, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-3187-CV-SW-GAF ) |
| JOPLIN R-VIII SCHOOL DISTRICT, MIKE JOHNSON, and BOARD OF EDUCATION OF JOPLIN SCHOOLS, | ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Urban Metropolitan Development, LLC, through its attorneys Baird, Lightner, Millsap & Harpool, P.C., and Defendants Joplin R-VIII School District, Mike Johnson, and Board of Education of Joplin Schools, through their attorneys The Law Office Of Hensley & Nicholas, LLC and Blanchard, Robertson, Mitchell & Carter, P.C., and state to the Court that all claims and counterclaims have been compromised and resolved in this action, and it has been agreed that each party will pay their own costs of this action.

WHEREFORE, the parties hereby move the Court to enter an Order of Dismissal With Prejudice, dismissing all claims and counterclaims of this action and stating that each party will pay their own costs of this action.

Respectfully submitted,

BAIRD, LIGHTNER, MILLSAP & HARPOOL, P.C.


By   /s/ M. Douglas Harpool
      M. DOUGLAS HARPOOL, Mo. Bar #28702

1

1901-C South Ventura Avenue
Springfield, MO 65804
Phone: (417) 887-0133
FAX: (417) 887-8740
dharpool@blmhpc.com

Attorneys for Plaintiff


THE LAW OFFICE OF HENSLEY & NICHOLAS, LLC


By   /s/ John A. Nicholas_____
     John A Nicholas, Mo. Bar #48120
     122 W. 4th Street
     Carthage, MO  64836
     Phone:  (417) 358-9600
     FAX:  (417) 358-9602
     john@hensleynicholas.com

Attorney for Defendant Joplin Schools


BLANCHARD, ROBERTSON, MITCHELL
     & CARTER, P.C.


By    /s/ Phillip D. Greathouse_____
      Phillip D. Greathouse, Mo. Bar #46685
      Malcolm L. Robertson, Mo. Bar #18442
      320 W. 4th St.
      P.O. Box 1626
      Joplin, MO 64802
      Phone:  (417) 623-1515
      FAX:  (417) 623-6865
      robertson@brmclaw.com, brenda@brmclaw.com
      greathouse@brmclaw.com, pwright@brmclaw.com
      Co-counsel for Defendants
      Attorneys for Defendants Joplin R-VIII School
      District, Mike Johnson and Board of Education of
      Joplin Schools, with respect to Counts VI and VII
      of the First Amended Complaint only.

## CERTIFICATE OF SERVICE

   I hereby certify that on April 8th, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

John A Nicholas
THE LAW OFFICE OF HENSLEY & NICHOLAS, LLC
122 W. 4th Street
Carthage, Missouri 64836
John Anthony Nicholas john@hensleynicholas.com
Attorney for Defendant Joplin Schools

Phillip D. Greathouse
R. Robertson
Blanchard, Robertson, Mitchell & Carter, P.C.
320 W. 4th St.
P.O. Box 1626
Joplin, MO 64802
Malcolm L. Robertson robertson@brmclaw.com, brenda@brmclaw.com
Phillip D. Greathouse greathouse@brmclaw.com, pwright@brmclaw.com
Co-counsel for Defendants
With respect to Counts VI and VII of the First Amended Complaint only.

M. Douglas Harpool dharpool@blmhpc.com, pview@blmhpc.com
Teresa C. Baird tbaird@blmhpc.com

        /s/ M. Douglas Harpool
        M. Douglas Harpool